1 Brian C. Shapiro
Attorney at Law: 192789
2 Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net
5
Attorneys for Plaintiff Nawal Christophy
6

7
**UNITED STATES DISTRICT COURT**
8 **CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
9

10

11 NAWAL CHRISTOPHY,              ) Case No.: CV 10-4480 AJW
                                 )
12         Plaintiff,             ) ORDER OF DISMISSAL
                                 )
13     vs.                        )
                                 )
14 MICHAEL J. ASTRUE,             )
   Commissioner of Social Security,)
15                                )
           Defendant.              )
16                                 )
                                   )
17 _____

18    The above captioned matter is dismissed with prejudice, each party to bear

19 its own fees, costs, and expenses.

20    IT IS SO ORDERED.

21 DATE: 12/16/2010

22                            _____
23                            _____
                              THE HONORABLE ANDREW J. WISTRICH
24                            UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1 | DATE: December 14, 2010     Respectfully submitted,

2 |                                           LAW OFFICES OF LAWRENCE D. ROHLFING

3 |                                     BY: /s/ *Brian C. Shapiro*

4 |                                           Brian C. Shapiro
                                          Attorney for plaintiff Nawal Christophy

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

-2-